IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

# NOTICE OF CIVIL JURY TRIAL

**BY DIRECTION OF THE HON. KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE**, the following civil case will come on for:

**INITIAL PRETRIAL CONFERENCE on 12/16/2014 at 10:00 a.m.** at the United States Courthouse, 4th Floor Mimbres Courtroom, 100 N. Church Street, Las Cruces, NM;

**FINAL PRETRIAL CONFERENCE on 01/13/2015 at 10:00 a.m.** at the United States Courthouse, 4th Floor Mimbres Courtroom, 100 N. Church Street, Las Cruces, NM; and

**JURY SELECTION AND TRIAL to begin on 02/09/2015 at 9:00 a.m.** at the United States Courthouse, 4th Floor Mimbres Courtroom, 100 N. Church Street, Las Cruces, NM.

---

| **CIV 13-0138 KG/ACT** | *Burleson, et al. v. Cooper Tire & Rubber Company* (10 days) | |
|---|---|---|
| Attys. for Pltfs: | Dick Blenden | 575.887.6453 |
| | Mark Stout | 575.393.1825 |
| | Carl Barry Crutchfield | 575.396.4927 |
| Attys. for Def: | Eric Burris | 505.244.0770 |
| | Steven Jansma | 210.224.5575 |
| | Troy Vancil | 210.270.7160 |

---

Counsel and parties are to appear before Judge Gonzales one-half hour prior to jury selection to address pretrial matters. Unless otherwise directed, Counsel must be prepared to begin trial immediately following jury selection. For pretrial deadlines and other information, please refer to Judge Gonzales' Chambers Page at **www.nmcourt.fed.us** on the Internet.

Please direct inquiries regarding this setting or other civil calendaring information to Theresa A. Hall at **575-528-1640.**

MATTHEW J. DYKMAN, CLERK