IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEAILA BURLESON, GAIL RICHIE, WAYNE EASTTEAM,
*as Personal Representatives of the Estate of Shasta Eastteam,*
*deceased and as parents and next friend of Aaron Eastteam, a minor,*
VICKIE AULD, JAMES AULD, *as Personal Representatives of the*
*Estate of Mary Guenther, deceased and as joint managing conservators*
*of the Estates of Ashton Guenther, Brooke Guenther, and Cameron Guenther,*
*minor children,*

          Plaintiffs,

v.                                                              CIV No. 13-0138 KG/GBW

COOPER TIRE & RUBBER COMPANY,

          Defendant.

## <u>ORDER OF REFERENCE</u>

Pursuant to the provisions of 28 U.S.C. §636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this civil action is referred to U.S. Magistrate Judge Gregory B. Wormuth to conduct a fairness hearing in regards to the *Joint Motion to Approve Settlement on Behalf of Minors* (Doc. 104).

The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. §636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

 

                               _____
                               UNITED STATES DISTRICT JUDGE