IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEAILA BURLESON, *et al.*,

    Plaintiffs,

v.                                                                Case No. 13-cv-138 KG/GBW

COOPER TIRE & RUBBER COMPANY,

    Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's sealed Proposed Findings and Recommended Disposition (PFRD), filed on March 3, 2015. *Doc. 113.* The parties have waived their right to object to the recommended disposition pursuant to 28 U.S.C. § 636(b)(1). *See doc. 111* at 3.

IT IS THEREFORE ORDERED that the Magistrate Judge's sealed PFRD (*doc. 113*) is ADOPTED and the Joint Motion to Approve Settlement on Behalf of Minors (*doc. 104*) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall file closing documents by **April 15, 2015**, absent a showing of good cause for an extension.

_____
UNITED STATES DISTRICT JUDGE