## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**LEAILA BURLESON; GAIL RICHIE AND**
**WAYNE EASTTEAM AS PERSONAL**
**REPRESENTATIVES OF THE ESTATE OF**
**SHASTA EASTTEAM, DECEASED AND AS**
**PARENTS AND NEXT FRIEND OF AARON**
**EASTTEAM, A MINOR; JAMES AULD AND**
**VICKIE AULD AS PERSONAL**
**REPRESENTATIVES OF THE ESTATE OF**
**MARY GUENTHER, DECEASED AND AS**
**JOINT MANAGING CONSERVATORS OF THE**
**ESTATES OF ASHTON GUENTHER, BROOKE GUENTHER,**
**AND CAMERON GUENTHER, MINOR CHILDREN**

   **Plaintiffs,**       **CIV. NO. 1:13-cv-00138-KG-GBW**

**vs.**

**COOPER TIRE & RUBBER COMPANY,**

   **Defendant,**

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

This matter came on to be heard upon Joint Motion of the parties and the Court being advised in the premises, finds the matter well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Complaint of Plaintiffs is hereby dismissed with prejudice with the parties to bear their respective attorney=s fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that with respect to the funding of any annuity [structured settlement] to be purchased as part of settlement of claims, if the structured settlement is not funded by the locked-in purchase date for any reason, the payment beginning dates will be deferred the same number of days needed to maintain the agreed benefit amounts.  If funding of structured settlements is delayed, then all payout dates under such

settlements shall advance for the same period of delay involved in the funding delay with final

payment dates to be established under Qualified Assignment and Release and Annuity Contracts.

UNITED STATES DISTRICT JUDGE


APPROVED:

BLENDEN LAW FIRM
Post Office Box 1446
Carlsbad, New Mexico 88220

MARK STOUT
Post Office Box 716
Hobbs, New Mexico 88240

TEMPLEMAN AND CRUTCHFIELD
113 E. Washington
Lovington, New Mexico 88260


By:____/s/ C. Barry Crutchfield_____
      Attorneys for Plaintiffs

BROWNSTEIN HYATT FARBER SCHRECK
201 Third Street, Suite 1700
Albuquerque, New Mexico 87102

NORTON ROSE FULBRIGHT US LLP
300 Covent Street, Suite 2100
San Antonio, Texas 78205-3792


By: ___/s/ Troy Vancil_____
      Attorneys for Defendant